IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODNEY BRYAN STIDHAM,

    Defendant.

Case No. 25-CR-065-JFH

## OPINION AND ORDER

Before the Court is a motion to dismiss indictment [Dkt. No. 4] and superseding indictment [Dkt. No. 33] without prejudice filed by the United States of America ("Government"). Dkt. No. 52.

Under Federal Rule of Criminal Procedure 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest." *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)). The Government states that it moves to dismiss the case "in the interest of justice." Dkt. No. 52 at 1. For this reason, the Court concludes that dismissal of the charges against Defendant is not contrary to the public interest, nor is it for an improper purpose. Accordingly, the Government's motion to dismiss should be granted.

IT IS THEREFORE ORDERED that the Government's motion to dismiss [Dkt. No. 52] is GRANTED and the indictment [Dkt. No. 4] and superseding indictment [Dkt. No. 33] are dismissed without prejudice against Defendant Rodney Bryan Stidham.

IT IS FURTHER ORDERED that Defendant Rodney Bryan Stidham is released.

2

Dated this 27th day of May 2025.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE

Dated this 27th day of May 2025.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE